Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff
Therese C. Borja

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THERESE C. BORJA, | Case No.: 2:24-cv-00330-DJA |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR DISMISSAL |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DANIEL J. ALBREGTS, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Therese C. Borja ("Plaintiff") and MARTIN O'MALLEY as the Commissioner of Social

1  Security ("Defendant"), that this matter be dismissed with prejudice, each party to
2  bear its own fees, costs, and expenses. The parties enter into this stipulation
3  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).

4  DATE: May 16, 2024             Respectfully submitted,

5                                 LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

6                                        /s/ *Marc V. Kalagian*[1]
7                           BY: _____
                                  Marc V. Kalagian
8                                 Attorney for plaintiff Therese C. Borja

9
10 DATE: May 16, 2024             JASON M. FRIERSON
                                  United States Attorney
11

12                                     /s/ *Franco L. Becia*

13                                _____

14                                FRANCO L. BECIA
                                  Special Assistant United States Attorney
15                                Attorneys for Defendant MARTIN O'MALLEY,
                                  Commissioner of Social Security
16                                (Per e-mail authorization)

17                                **ORDER**

18     Approved and so ordered: The Clerk is directed to close this case.

19
   DATE: 5/17/2024
20
                                  _____
21                                THE HONORABLE DANIEL J. ALBREGTS
22                                UNITED STATES MAGISTRATE JUDGE

23

24 ─────────────────────────

25 [1] Counsel for the plaintiff attests that all other signatories listed, and on whose
   behalf the filing is submitted, concur in the filing's content and have authorized the
26 filing.

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-00330-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 16, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff